| | |
|---|---|
| Darren J. Devlin, Esq. SBN [176261]<br>THE MORTGAGE LAW FIRM, PLC<br>41689 Enterprise Circle North, Suite 228<br>Temecula, CA 92590<br>Telephone: 760-512-1757<br>Facsimile: 760-230-5876<br>darren.devlin@mtglawfirm.com<br>Attorney for Secured Creditor/Moving Party<br>SETERUS, INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ('FANNIE MAE'), CREDITOR C/O SETERUS, INC. | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>MARKELLA RAINE,<br><br>        Debtor.<br>_____<br><br>SETERUS, INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR, C/O SETERUS, INC.,<br><br>        Movant,<br><br>-vs-<br><br>MARKELLA RAINE, Debtor; Martha G. Bronitsky, Chapter 13 Trustee,<br><br>        Respondents. | Case No: 16-41221<br><br>Chapter 13<br><br>DC No.: DJD-001<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: January 18, 2017<br>Time: 9:30 a.m.<br>Ctrm: 220<br><br>*The courtroom of the Honorable William J. Lafferty* |

      NOTICE IS HEREBY GIVEN that on January 18, 2017, at 9:30 a.m., before the Honorable William J. Lafferty in Courtroom 220 at the United States Bankruptcy Court located at 1300 Clay Street, Oakland, CA 94612, Movant in the above-captioned matter will move this

1

Court for an order granting relief from automatic stay on the grounds set forth in Movant's Motion for Relief from Automatic Stay filed concurrently herewith.

PLEASE TAKE FURTHER NOTICE that Respondents may appear personally or by counsel at the above-captioned hearing and may file responsive pleadings, points and authorities, and declarations. If Respondents fail to appear, default may be entered.

Dated: December 11, 2016

Respectfully submitted,

/s/Darren J. Devlin_____
Darren J. Devlin, Esq.
Attorney for SETERUS, INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ('FANNIE MAE'), CREDITOR, C/O SETERUS, INC.