```
1  PATRICK L. FORTE, #80050
   LAW OFFICES OF PATRICK L. FORTE
2  1624 Franklin Street, #911
   Oakland, CA 94612
3  Telephone: (510) 465-3328
   Facsimile: (510) 763-8354
4
5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 16-41221 WJL** |
| **MARKELLA RAINE,** | **Chapter 13** |
| | **NOTICE TO CREDITORS OF MOTION TO VACATE ORDER OF DISMISSAL AND OF DEADLINE TO REQUEST A HEARING** |
| **Debtor.** / | |

**NOTICE IS HEREBY GIVEN:**

(i) That Debtor, Markella Raine, will and hereby moves the court for an Order Vacating the Order of Dismissal.

(ii) Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;

(iii) Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

(iv) If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and

(v)  In the event of a timely objection or request for hearing, (either):

The initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case; or

The tentative hearing date, location and time are (insert date location and time).

Dated: January 30, 2017

                                        /s/ Patrick L. Forte
Patrick L. Forte
Attorney for Debtor

Case: 16-41221    Doc# 36    Filed: 01/30/17    Entered: 01/30/17 16:18:21    Page 2 of 2