Martha G. Bronitsky
Chapter 13 Standing Trustee
Leo G Spanos, Sbn 261837, Staff Attorney
Nima Ghazvini, Sbn 254758, Staff Attorney
Po Box 5004
Hayward,CA 94540

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Markella Raine | Chapter 13 Case Number: 16-41221-WJL13 |
| Debtors(s) | **Chapter 13 Trustee's Opposition to Debtor's Motion to Vacate Dismissal of Case with Certificate of Service** |

**MARTHA G BRONITSKY**, Chapter 13 Standing Trustee, (Trustee) files this Opposition to the Debtors' Motion to Vacate Dismissal of Case pursuant to Federal Rule of Civil Procedure 60 which provides for relief from an order based on "mistake, inadvertence, surprise, or excusable neglect" as incorporated under Bankruptcy Rule 9024. Fed. R. Civ. Proc. 60(b)(1).

**DEBTOR HAS FAILED TO SHOW THAT RELIEF IS WARRANTED BASED ON MISTAKE, INADVERTENCE, SURPRISE, OR EXCUSABLE NEGLECT AS REQUIRED BY BANKRUCTY RULE 9024**

1. Martha G Bronitsky is Chapter 13 Standing Trustee in this case. Patrick L Forte Atty is counsel for the Debtor(s).

The Chapter 13 Plan was confirmed on June 29, 2016, (Doc #14).

Debtors' case was dismissed on 31.

2. The motion fails to state grounds for relief from a final judgement or order. The Debtor has failed to show mistake, inadvertence, surprise, or excusable neglect as required by Federal Rule of Civil Procedure 60(b) as incorporated by Federal Rule of Bankruptcy Procedure 9024.

**WHEREFORE**, the Trustee respectfully opposes the Debtor's Motion to Vacate Dismissal pursuant to Rule 9024 and the reasons stated above.

RESPECTFULLY SUBMITTED

Date: February 02, 2017

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky,
Chapter 13 Standing Trustee

| In Re Markella Raine | Chapter 13 Case Number: 16-41221-WJL13 |
|---|---|
| Debtors(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), creditor, creditor representatives and, if applicable, the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 02, 2017  /s/Lydia Santiago
Lydia Santiago

Markella Raine  Patrick L Forte Atty
437 Rincon Road  1624 Franklin St #911
El Sobrante, CA 94803  Oakland, CA 94612

(Debtor(s))  (Counsel for Debtor)